**SEALED**

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>UWADIALE ESEZOBOR (01)<br>  aka "Alex"<br>  aka "Christopher Daniel"<br>  aka "Lawrence Moses"<br>VICTOR IDOWU (02)<br>  aka "David Kabundu"<br>  aka "Stephen Evanson"<br>  aka "Richard Walker" | UNDER SEAL<br>**3-21CR0436-S**<br><br>CRIMINAL NO.<br><br> |

**INDICTMENT**

The Grand Jury charges:

Count One
Conspiracy to Commit Mail and Wire Fraud
[Violation of 18 U.S.C. § 1349 and 18 U.S.C. §§ 1341 and 1343]

1. From at least July 2017, to the present, the exact dates being unknown to the Grand Jury, in the Northern District of Texas, and elsewhere, the defendants, **Uwadiale Esezobor** and **Victor Idowu**, did knowingly combine, conspire, confederate, and agree together, and with each other, and with others known and unknown to the Grand Jury, to commit the following offenses:

    a. To knowingly and willfully devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing

and attempting to execute the scheme and artifice to defraud did knowingly place and caused to be placed in a post office and authorized depository for mail matter, and to be sent and delivered by the United States Postal Service and by a private and commercial interstate carrier, mail matter, specifically, checks from victims to addresses that the co-conspirators controlled, in violation of Title 18, United States Code, Section 1341; and

b. To knowingly and willfully devise scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme to defraud did knowingly and transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds, specifically wire transfers of victim funds into accounts that the co-conspirators controlled, in violation of Title 18, United States Code, Section 1343.

## Purpose of Conspiracy and Scheme to Defraud

2. The purpose of the conspiracy was to: (a) make materially false and fraudulent pretenses, representations, and promises to individuals targeted on dating websites about their identities to induce the targets of the romance scams to send them funds by mail and by wire; and (b) use the proceeds received from the romance scams for their own benefit and for purposes other than those represented to the romance scam victims.

<u>Manner and Means of the Conspiracy and Scheme to Defraud</u>

3. It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which the defendants and their co-conspirators carried out the conspiracy, that:

  a. Co-conspirators used fake names on forged passports and driver's licenses to facilitate the conspiracy and scheme and artifice to defraud, including using those fake passports to open bank accounts in the United States to receive victim funds;

  b. Co-conspirators targeted older, often widowed or divorced individuals, with savings, as romantic interests on dating websites such as match.com, Zoosk.com, JSWIPE.com, and PlentyofFish.com;

  c. Co-conspirators created false and fraudulent identities and backgrounds on dating websites to appear to be individuals living in the United States to gain the romance victims' confidence and trust;

  d. Co-conspirators often communicated with their romance scam victims through the dating websites as well as via email and text but never met their victims in person;

  e. After developing the romance victims' confidence and trust, the co-conspirators falsely and fraudulently claimed that they had to travel abroad for business, were stuck somewhere in the United States on business, had inherited or ownership of large sums but needed assistance accessing the

3

funds, or had medical expenses, and then false and fraudulently claimed they were unable to access their bank accounts in the United States;

f. Co-conspirators then directed the romance scam victims to mail checks to address that the co-conspirators controlled or to wire money to specific accounts that the co-conspirators controlled under false and fraudulent pretenses;

g. Co-conspirators typically removed the funds received from romance scams victim from the account that initially received them within days by making cash withdrawals, buying cashier's checks, or transferring the funds to other accounts;

h. Once a romance scam victim had sent money to one co-conspirator, that victim was often instructed to send money to other co-conspirators;

i. After the co-conspirators depleted the victims of all funds the victims were able and willing to send, often depleting victims' of their entire savings, the co-conspirators stopped communicating with the victims.

4. It was part of the conspiracy and scheme and artifice to defraud, and among the manner and means by which the defendants and their co-conspirators carried out the conspiracy, that:

a. "Daniel Christopher" and "Lawrence Moses" are aliases used by **Uwadiale Esezobor** on fake and forged Nigerian passports;

b. **Uwadiale Esezobor** used the fake Nigerian passport in the name "Daniel Christopher" to open an account at J.P. Morgan Chase Bank in Arlington,

  Texas, ending in 0960 and an account ending in 2504 at Bank of America in Duncanville, Texas;

c. **Uwadiale Esezobor** used the fake Nigerian passport in the name "Lawrence Moses" to open an account ending in 9523 at J.P. Morgan Chase Bank in DeSoto, Texas, on or about July 21, 2017, and an account ending in 6076 at Bank of America in Arlington, Texas, on or about March 27, 2017;

d. "David Kabundu" is an alias used by **Victor Idowu** on a fake Texas Driver's License. Kabundu is the name of a real individual who travelled to the United States on a visa but, according to State Department records, left the United States in 2007 and has not returned;

e. **Victor Idowu** used his true name and true Nigerian passport to open a bank account online with BB&T and listed his address as 17671 Addison Road, Apartment 2909, Dallas, Texas;

f. On or about September 12, 2019, **Victor Idowu** used the alias name "David Kabundu" and false Texas Driver's License in that name to rent an apartment at 17671 Addison Road, Apartment 3106, Dallas, Texas;

g. **Victor Idowu**'s cellular phone had applications for the multiple dating sites installed on it, including 2RedBeans, Elderly Kisses, OK Cupid, and Match.com;

h. On or about July 25, 2017, and on or about August 23, 2017, one or more co-conspirators using an unknown name caused romance scam victim

whose initials are KT to wire $4,250 and $1,500, respectively, from her Centennial Bank account in Centerton, Arkansas, to accounts ending in 6076 at Bank of American and 9523 at JP Morgan Chase held in the name of sole signatory "Lawrence Moses," whose true identity is **Uwadiale Esezobor**;

i. On or about August 29, 2017, one or more co-conspirators using an unknown name caused romance scam victim whose initials are GS to wire $45,000 from her Keybank National Association account in Seattle, Washington, to an account ending in 6076 at Bank of America held in the name of sole signatory "Lawrence Moses," whose true identity is **Uwadiale Esezobor**;

j. On or about December 5, 2017, one or more co-conspirators using an unknown name caused romance scam victim whose initials are KL to wire $1,490 through the Bank of New York Mellon to an account ending 2504 at Bank of America held in the name of sole signatory "Daniel Christopher," whose true identity is **Uwadiale Esezobor**, purportedly "To Get General Mark Walls Rodriguez Home From Kabul To Sweden;"

k. On or about August 6, 2019, one or more co-conspirators using the name "Robert Michael" caused romance scam victim whose initials are CH, met through an online dating site, to obtain a cashier's check in the amount of $52,000 from her Wells Fargo Bank account ending in **5099** in Arizona, and mail it to 615 East Abram Street #445, Arlington, Texas, 76010, a Post

Office box controlled by **Victor Idowu** and opened by a known co-conspirator using a fake Nigerian passport in the name of "Rudolf Walter;"

l. On or about August 7, 2019, CH's cashier's check was deposited into **Victor Idowu**'s account ending in 8400 at BB&T Bank in Texas;

m. On or about January 18, 2020, **Victor Idowu**, using the alias name "Stephen Evanson," made contact with romance scam victim whose initials are NJ on Match.com.

n. On or about June 30, 2020, **Victor Idowu**, using the alias name "Stephen Evanson," instructed victim NJ via text message to send $55,000 to **Idowu**'s other alias "David Kabundu" at 17671 Addison Road, Apartment 3106, Dallas, Texas;

o. On or about July 15, 2020, **Victor Idowu** instructed an un-identified co-conspirator using a phone number with country code belonging to South Africa, "Tell her to go to the bank and withdraw 40,000 in cash and then go home and arrange them in an envelope with on [sic] or two clothes then go to fedex and buy another box and put it inside herself. Then give them the name and address I will send you to post it and tell them she want a next day delivery." The next message read, "Name: David Kabundu Address: 17671 Addison Road, apt 3106 Dallas, Texas 75287." The next day the unidentified co-conspirator wrote, "She just call me finish ... She say dem no give her ... Na only that 40 dem na give her on Tuesday;"

7

    p. On or about July 7, 2020, in a WhatsApp chat, **Uwadiale Esezobor** asked **Victor Idowu** how much money **Idowu** needs to move, **Idowu** responded $19,000, and **Esezobor** told **Idowu** it will cost **Idowu** 20%.

All in violation of 18 U.S.C. § 1349.

## Notice of Criminal Forfeiture
[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 1349, 1341, and 1343, the defendants, **Uwadiale Esezobor** and **Victor Idowu**, shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the scheme to defraud.

The property to be forfeited includes, but is not limited to:

- The property to be forfeited may take the form of a forfeiture "money" judgment; and
- Substitute property as allowed by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

[nothing further on this page]

A TRUE BILL

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
MARY WALTERS
Assistant United States Attorney
Texas State Bar No. 24003138
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Email: mary.walters@usdoj.gov

_____ by MFW
GEORGE LEAL
Assistant United States Attorney
Texas State Bar No. 00794150
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Email: George.Leal@usdoj.gov

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

UWADIALE ESEZOBOR (01)
aka "Alex"
aka "Christopher Daniel"
aka "Lawrence Moses"

VICTOR IDOWU (02)
aka "David Kabundu"
aka "Stephen Evanson"
aka "Richard Walker"

SEALED INDICTMENT

18 U.S.C. § 1349 and 18 U.S.C. §§ 1343 and 1343
Conspiracy to Commit Wire Fraud
(Count 1)

18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

FORT WORTH                                                      FOREPERSON

Filed in open court this 15th day of September, 2021.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending